# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Donald E. Tune and Virginia Tune,
as co-trustees for the heirs and next-of-kin
of Brandon Donald Tune, decedent,

Civil No. 17-cv-0097 (MJD/HB)

Plaintiffs,

v.

**ORDER ON REPORT
AND RECOMMENDATION**

Twelve Ga. Customs LTD,
d/b/a 12 Ga. Customs,

Defendant.

The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge. No objections have been filed to

the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the

files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiffs' Motion for Approval of Settlement and Distribution of Proceeds [Doc. No. 74] is **GRANTED**.

3. Plaintiffs' Verified Petition for Distribution and Disbursement of Funds Recovered in a Wrongful Death Claim [Doc. No. 76] is **DENIED AS MOOT**.

4. Plaintiffs' Amended Verified Petition for Distribution and Disbursement of Funds Recovered in a Wrongful Death Claim [Doc. No. 83] is **APPROVED**, and that the settlement funds be distributed as follows:

    a.    Plaintiff Donald E. Tune and Plaintiff Virginia Tune: $297,780.07;

    b.    Kerri Tune: $100,000.00;

    c.    Attorneys' Fee: $249,750.00; and

    d.    Disbursements: $27,469.93.

5.    The Court will retain jurisdiction for ninety days, as requested by Plaintiffs at the hearing.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 30, 2018
    s/ Michael J. Davis
    MICHAEL J. DAVIS
    United States District Judge